(77 South. 982)

WILKINSON v. FLOWERS.   (4 Div. 514.)

(Court of Appeals of Alabama.   Feb. 5, 1918.)

1. APPEAL AND ERROR ⬅️1008(1)—SCOPE OF REVIEW—FINDINGS OF FACT.

Where the assignments of error present only questions of fact as to which testimony was taken ore tenus, the trial court's finding when accorded the weight of a verdict of a jury will not be disturbed, since the trial court was in a better position to judge of the credibility of the witnesses than the appellate court.

2. COURTS ⬅️106—OPINIONS—DISCUSSION OF EVIDENCE.

Under Code 1907, § 5999, amended by Acts 1915, p. 595, § 3, authorizing the Court of Appeals to write opinions only when in its opinion they will serve the useful purpose, the court need not discuss the evidence, if, in its belief, it would serve no useful purpose.

Appeal from Circuit Court, Houston County; H. A. Pearce, Judge.

Action by R. C. Flowers against A. Wilkinson for damages to his automobile in a collision with defendant's automobile. Judgment for plaintiff, and defendant appeals. Affirmed.

Farmer & Farmer, of Dothan, for appellant. T. M. Espy, of Dothan, for appellee.

BROWN, P. J. [1] The assignments of error present for consideration only questions of fact—whether or not the defendant was guilty of negligence proximately resulting in the injury complained of, and, if so, whether plaintiff's agent or servant was guilty of such contributory negligence as would bar a recovery. On these issues the testimony was taken ore tenus, and that offered by the plaintiff is in sharp conflict with the testimony offered by the defendant. The trial court was in a better position to judge of the credibility of the witnesses than we are, and when his findings are accorded the weight of a verdict of a jury, we are unable to say that his conclusions are erroneous. Cofield v. McGraw & Garner, ante, p. 369, 77 South. 981; Hackett v. Cash, 196 Ala. 403, 72 South. 52; Hatfield v. Riley, 199 Ala. 388, 74 South. 380; Veid v. Roberts, 200 Ala. 576, 76 South. 934.

[2] In our opinion a discussion of the evidence would serve no useful purpose, and by

⬅️For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

[1] Post, p. 480.

the provisions of section 5999 of the Code, as amended by Acts 1915, p. 595, we are relieved of this burden.

The judgment is affirmed.

Affirmed.